# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

MATTERS BEFORE IN RE GRAND JURY:  FILED UNDER SEAL

| | Nos. |
|---|---|
| MARCO ANTONIO FONSECA KRONE | 3:06MJ53 |
| BRIAN WALL COYLE | 3:06MJ54 |
| VICTOR RONALD KUSTRA | 3:06MJ55 |
| DIANE BEVERLY SIGUENZA | 3:06MJ56 |
| JOHN DOE (a.k.a. LAWRENCE CUNNINGHAM, a.k.a. RUSS ELKINS) | 3:06MJ57 |
| MARTIN KALCHSTEIN | 3:06MJ58 |
| MICHAEL ATTILIO MANGARELLA | 3:06MJ59 |
| TRENT BRADFORD NYFFELER (a.k.a. TULA NYFFELER | 3:06MJ60 |
| GIUSEPPE PILEGGI | 3:06MJ61 |
| HERMAN KANKRINI | 3:06MJ62 |
| JACOB RONALD CHACON KRONE | 3:06MJ63 |
| ROBERT KUSTRA | 3:06MJ64 |
| CELIN MARCELL CHACON KRONE | 3:06MJ65 |
| ANDREAS ROMAN LEIMER | 3:06MJ66 |
| DAVID MICHAEL HENNESSEY | 3:06MJ67 |

## ORDER

The United States of America having filed a Motion to Partially Lift Seals, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the seals in the criminal complaints against **CELIN MARCELL CHACON KRONE, JACOB RONALD CHACON KRONE, BRIAN WALL COYLE, JOHN DOE (a.k.a. LAWRENCE CUNNINGHAM, a.k.a. RUSS ELKINS), MARCO ANTONIO FONSECA KRONE, DAVID MICHAEL HENNESSEY, HERMAN KANKRINI, MARTIN KALCHSTEIN, ROBERT KUSTRA, VICTOR RONALD KUSTRA, ANDREAS ROMAN LEIMER, MICHAEL ATTILIO MANGARELLA, TRENT**

**BRADFORD NYFFELER (a.k.a. TULA NYFFELER) and GIUSEPPE PILEGGI, DIANE BEVERLY SIGUENZA** be lifted for the limited purpose of allowing the Department of Justice prosecutors to share their contents with appropriate Costa Rican judicial authorities so that the latter may effectuate the purposes of the Letters Rogatory issued to the Costa Rican authorities in connection with the above named defendants. The criminal complaints and the accompanying affidavits against **CELIN MARCELL CHACON KRONE, JACOB RONALD CHACON KRONE, BRIAN WALL COYLE, JOHN DOE (a.k.a. LAWRENCE CUNNINGHAM, a.k.a. RUSS ELKINS), MARCO ANTONIO FONSECA KRONE, DAVID MICHAEL HENNESSEY, HERMAN KANKRINI, MARTIN KALCHSTEIN, ROBERT KUSTRA, VICTOR RONALD KUSTRA, ANDREAS ROMAN LEIMER, MICHAEL ATTILIO MANGARELLA, TRENT BRADFORD NYFFELER (a.k.a. TULA NYFFELER) and GIUSEPPE PILEGGI, DIANE BEVERLY SIGUENZA** shall remain under seal as to all other third parties, and all other documents relating to this action shall remain under seal, pending further order of this Court.

Dated: Apr 5, 2006

CARL HORN
UNITED STATES MAGISTRATE JUDGE

2